STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

RONALD RUSHTON

VS.

CITY OF PROVIDENCE, DEAN ESSERMAN, IN HIS CAPACITY AS CHIEF OF THE PROVIDENCE POLICE DEPARTMENT, AND JOHN DOE

06-196 ML

C.A. No. 06-1806

**NOTICE OF FILING OF PETITION FOR REMOVAL**

Please take notice that on the 27th day of April, 2006, Defendant, the City of Providence, filed in the Office of the Clerk of the United States District Court for the District of Rhode Island a petition for removal of the above-captioned action to the United States District Court. A copy of said Petition is attached hereto and is being filed along with this notice pursuant to 28 U.S.C. §1446(d).

DEFENDANT,
CITY OF PROVIDENCE

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-77040 Ext. 333
(401) 351-7596 (Fax)

2006 APR 27 A 11:17

FILED

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

**CERTIFICATION**

I hereby certify that on this 27th day of April, 2006, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following attorney(s):

Kelly M. Fracassa, Esq.
Naccarato & Fracassa
96 Franklin Street
Westerly, RI 02891

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island