**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RONALD RUSHTON | : | |
| | : | |
| VS. | : | |
| | : | C.A. No. 06- |
| CITY OF PROVIDENCE, DEAN ESSERMAN, IN HIS CAPACITY AS CHIEF OF THE PROVIDENCE POLICE DEPARTMENT, AND JOHN DOE | : | |

**DEFENDANT CITY OF PROVIDENCE'S ANSWER TO PLAINTIFF'S COMPLAINT**

1. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 1 of Plaintiffs Complaint and leaves Plaintiff to his proof thereof.

2. Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Paragraph 4 of Plaintiff's Complaint does not require a response from this Defendant.

5. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 5 of Plaintiffs Complaint and leaves Plaintiff to his proof thereof.

6. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 6 of Plaintiffs Complaint and leaves Plaintiff to his proof thereof

7. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 7 of Plaintiffs Complaint and leaves Plaintiff to his proof thereof

8. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

9. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

10. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 10 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

11. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

12. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

**Count I**

13. Defendant reiterates and incorporates by reference its answers to Paragraphs 1 through 12 of Plaintiff's Complaint as if fully set forth herein.

14. Paragraph 14 of Plaintiff's Complaint does not require an answer from this Defendant.

15. Paragraph 15 of Plaintiff's Complaint does not require an answer from this Defendant.

16. Paragraph 16 of Plaintiff's Complaint does not require an answer from this Defendant.

17. Paragraph 17 of Plaintiff's Complaint does not require an answer from this Defendant.

**Count II**

18. Defendant reiterates its answers to Paragraphs 1 through 17 of Plaintiff's Complaint as if fully set forth herein.

19. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 19 of Plaintiffs Complaint and leaves Plaintiff to his proof thereof.

20. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 20 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

21. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

22. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 22 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

23. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 23 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

24. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 24 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

25. Defendant denies generally and specifically the allegations contained in Paragraph 25 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

1. That any injury or damage suffered by the Plaintiffs was caused solely by reason of the Plaintiffs' wrongful acts and conduct.

2. That the actions of the Defendant and/or Defendant's agents in all respects were reasonable, proper and legal.

3. To the extent that the Plaintiffs suffered any damages, such damages were caused or contributed to by the Plaintiffs' negligence.

4. To the extent that the Plaintiffs suffered any damages, the risk of such damages was assumed by the Plaintiffs.

5. The Defendant's agents acted, at all times material hereto, in good faith.

6. The Defendant's agents had legal justification for all its actions relative to the Plaintiffs.

7. Defendant's liability is limited by R.I.G.L. § 9-31-3.

8. That the actions of the Defendant were lawful and proper and probable cause existed for the arrest of Plaintiff.

WHEREFORE, Defendant demands that Plaintiff's Complaint be denied and dismissed; that judgment enter for the Defendant and that Defendant be awarded costs and attorneys' fees.

DEFENDANT
CITY OF PROVIDENCE

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 27th day of April, 2006, I mailed a true copy of the foregoing Answer, by regular mail, postage prepaid, to the following attorney(s) of record:

Kelly M. Racassa
Naccarato & Fracassa
96 Franklin Street
Westerly, RI 02891