Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Kelly M. Fracassa

RE: CA 06-196ML

Rushton v. City of Providence, et al

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on 5 / 17 / 06 and have made the following determination:

✓ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

XX 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

____ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

____ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

____ 10. Other____

ENTER:

[signature]
United States Magistrate Judge
cc: Counsel of Record

Date: 5/17/06

RECEIVED

MAY 17 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD R. RUSHTON

V.

C.A. NO. 06-196ML

CITY OF PROVIDENCE, DEAN ESSERMAN, in his capacity as Chief of the Providence Police Department, and JOHN DOE

# PLAINTIFF RONALD R. RUSHTON'S MOTION TO REMAND TO STATE COURT

Pursuant to 28 U.S.C. § 1447(c), Plaintiff Ronald R. Rushton ("Rushton") objects to the Petition for Removal from State Court filed by Defendant City of Providence ("the City") and moves to remand the case to the Providence County Superior Court on grounds as follows:

1. On March 31, 2006, Rushton filed a complaint against the City, Defendant Dean Esserman in his capacity as Chief of the Providence Police Department ("Esserman"), and "John Doe" in the Providence County Superior Court.

2. Count I of the complaint alleges a violation of civil rights committed by an unknown officer of the Providence Police Department on December 11, 2004, namely use of unnecessary force during an arrest of Rushton, and seeks relief against this unknown officer pursuant to 42 U.S.C. §§ 1983 and 1988. Rushton fictitiously designated this officer as "John Doe" in the complaint pursuant to R.I. GEN. LAWS § 9-5-20. A copy of the complaint is attached to this motion and is incorporated herein by reference.

3. Count II of the complaint requests the Superior Court to exercise its equitable powers to allow Rushton to conduct discovery of the City and Esserman to learn the identity of the unknown officer who allegedly violated his civil rights. The complaint seeks no other relief