STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
PROVIDENCE COUNTY SUPERIOR COURT

RONALD R. RUSHTON

V. C.A. NO. 2006- 1806

CITY OF PROVIDENCE, DEAN ESSERMAN, in his capacity as Chief of the Providence Police Department, and JOHN DOE

# COMPLAINT

1. Plaintiff Ronald R. Rushton ("Rushton") is a resident of the City of Providence, County of Providence, State of Rhode Island.

2. Defendant City of Providence is a municipal corporation duly organized and existing within the County of Providence, State of Rhode Island.

3. Defendant Dean Esserman is the current Chief of Police of the Providence Police Department.

4. John Doe is or was a police officer employed by the City of Providence as of December 11, 2004.

5. On December 11, 2004, Rushton was involved in an altercation with another person on Richmond Street in the City of Providence.

6. As a result of this altercation, Rushton was lawfully placed under arrest by two officers of the Providence Police Department.

7. After being placed under arrest with no resistance by Rushton, the two officers mentioned in paragraph 6 placed Rushton against the wall of a nearby building, facing the wall with his hands above his head against the wall.

8. At all times mentioned herein, Rushton fully cooperated with the demands and directives of the officers who placed him under arrest and offered no resistance.

9. After Rushton was placed under arrest and against the wall as described in paragraph 7 and while offering no resistance, a third officer, Defendant John Doe, who at the time was an officer of the Providence Police Department and employed by the City of Providence, and while exercising authority as a police officer of the City of Providence, approached Rushton, yelling at him to get onto the ground.

10. While yelling at Rushton to get down on the ground, and while Rushton was cooperating with his demands and offering no resistance, Defendant John Doe simultaneously struck Rushton with his baton in the back and on Rushton's arms and hands.

11. The blows with the baton on Rushton's arms and hands while he was cooperating with Defendant John Doe's demands and offering no resistance were of such force that they caused personal injuries to Rushton, to wit, breaking two bones in his left hand.

12. As a result of the altercation mentioned in paragraph 5 above, Rushton was charged by the City of Providence with disorderly conduct in violation of city ordinances. On December 30, 2004, the Providence Municipal Court dismissed this charge against Rushton.

## COUNT I

13. Rushton restates paragraphs 1 through 12.

14. At all times mentioned herein, Defendant John Doe was acting under color of law.

15. When striking Rushton as described in paragraphs 10 and 11, Defendant John Doe utilized objectively unnecessary and unreasonable force in making an arrest or in detaining a person under the circumstances, in violation of Rushton's right to be free from unreasonable

searches and seizures as guaranteed by the Fourth and Fourteenth Amendments of the United States Constitution.

16. Due to Defendant John Doe's violation of Rushton's constitutional rights as set forth above, Rushton, who at all times exercised due care, did not resist arrest, and cooperated with all demands and directives of the arresting and detaining police officers, sustained personal injuries to his left hand, some of which injuries may be permanent. Rushton has undergone and will continue to undergo pain and suffering of body and mind, incurred and may incur in the future expenses for medical care and hospitalization, and was otherwise injured and damnified.

17. Plaintiff seeks monetary damages in a sum sufficient to establish the jurisdiction of this Court.

WHEREFORE, Rushton demands judgment against the Defendant John Doe for monetary damages pursuant to 42 U.S.C. § 1983, plus reasonable attorneys fees pursuant to 42 U.S.C. § 1988, plus interest and costs of suit.

Ronald R. Rushton,
by his attorney,

Kelly M. Fracassa #3699
NACCARATO & FRACASSA
P.O. Box 2976
96 Franklin Street
Westerly RI 02891
(401) 596-0321
(401) 348-1090 fax
tnf960@aol.com e-mail

Rushton demands trial by jury as to Count I.

Kelly M. Fracassa #3699

## COUNT II

18. Rushton repeats paragraphs 1 through 17.

19. The police report of the incident described in paragraphs 1 through 16 notes officers involved in Rushton's arrest as Officer Kenneth Vinacco, Officer Michael Gammino, IV, and Officer Christopher J. Currier.

20. Rushton does not know which of these officers, if any, is Defendant John Doe.

21. On October 19, 2005, Rushton contacted the Internal Affairs Division of the Providence Police Department in an attempt to learn the identity of Defendant John Doe. To that end he filled out a complaint form describing the incident and discussed the matter with members of the Internal Affairs Division.

22. Members of the Internal Affairs Division provided three black-and-white photographs purportedly of the officers identified in the police report, and informed Rushton that they could not provide any further information about the officers and advised him to contact the City Solicitor's Office to obtain further information.

23. The City Solicitor's office has not responded to phone calls from Rushton's counsel seeking information concerning the identities of the officers involved in this matter.

24. As a result, Rushton is currently unable to identify Defendant John Doe and thus currently unable to serve him with process in this matter to secure personal jurisdiction over him.

25. Under the Superior Court Rules of Civil Procedure, Rushton has no plain, speedy, adequate or complete remedy or means to identify Defendant John Doe to serve him with process in this matter, and thus cannot prosecute this action unless this Court exercises its equitable powers to permit Rushton to conduct discovery in aid of an action at law.

WHEREFORE, Rushton prays that this Court exercise its equitable authority and grant Rushton leave to conduct discovery of Defendants Dean Esserman, in his capacity as Chief of the Providence Police Department, and the City of Providence, to ascertain the identity of Defendant John Doe so that he may properly identify Defendant John Doe as a defendant in this matter, serve Defendant John Doe with process, and secure personal jurisdiction over him by this Court.

Ronald R. Rushton,
by his attorney,

Kelly M. Fracassa #3699
NACCARATO & FRACASSA
P.O. Box 2976
96 Franklin Street
Westerly RI 02891
(401) 596-0321
(401) 348-1090 fax
tnf960@aol.com e-mail