# AFFIDAVIT

| | | |
|---|---|---|
| RONALD RUSHTON | : | |
| | : | |
| V. | : | |
| | : | C.A. No. 06-196ML |
| CITY OF PROVIDENCE, DEAN | : | |
| ESSERMAN, IN HIS CAPACITY | : | |
| AS CHIEF OF THE PROVIDENCE | : | |
| POLICE DEPARTMENT, AND JOHN DOE | : | |

NOW COMES Detective Mark Cabral, of the Providence Police Department, Department of Internal Affairs, affiant, being first duly sworn, and deposes and states as follows:

1. On May 23, 2006, I checked the computer system and file cabinet that maintain copies of all complaints filed in the Internal Affairs Bureau, and there is no record of a complaint form filed with Internal Affairs by Ronald Rushton relative to Mr. Rushton's arrest on December 11, 2004.

Further, affiant sayeth not.

[signature]
Mark Cabral
Detective
Providence Police Department

Subscribed and sworn to this

25th day of May, 2006

[signature]
Notary Public
My commission expires: 8/12/06