UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD R. RUSHTON

V. C.A. NO. 2006-196ML

CITY OF PROVIDENCE, ET AL

## STIPULATION

By agreement of the parties, Plaintiff Ronald R. Rushton hereby withdraws his motion to remand to state court.

For the plaintiff:

Kelly M. Fracassa #3699
NACCARATO & FRACASSA
P.O. Box 2976
96 Franklin Street
Westerly RI 02891
(401) 596-0321
(401) 348-1090 fax
tnf960@aol.com e-mail

For Defendants City of Providence and Dean Esserman:

Kevin F. McHugh #3927
Providence Law Department
275 Westminster Street, Suite 200
Providence RI 02903
(401) 421-7740 ext. 333
(401) 351-7596 fax

Dated: 6/7/06

Enter:
Judge: Mary M. Lisi
6/7/06