**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RONALD RUSHTON<br><br>VS.<br><br>CITY OF PROVIDENCE, DEAN ESSERMAN, IN HIS CAPACITY AS CHIEF OF THE PROVIDENCE POLICE DEPARTMENT, AND JOHN DOE | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-196ML |

**NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **Ronald Rushton**

**DATE & TIME OF TAKING:** **Monday, June 26, 2006 at 9:30 a.m.**

| | | |
|---|---|---|
| To: | Kelly M. Fracassa<br>Naccarato & Fracassa<br>96 Franklin Street<br>Westerly, RI 02891 | Allied Court Reporters<br>115 Phenix Avenue<br>Cranston, RI 02920 |

Please take notice that, pursuant to the provisions of the Federal Rules of Civil Procedure, Defendant City of Providence will take testimony on oral examination of the above-named deponent, at the date and time herein above referred to, before a Notary Public of the State of Rhode Island or some other duly qualified person and thereafter from day to day as the taking of the deposition may be adjourned, at the office of the **Department of Law, 275 Westminster Street, Suite 200, Providence, RI 02903.**

You are invited to cross-examine.

DEFENDANT
CITY OF PROVIDENCE

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)
kmchugh@providenceri.com

**CERTIFICATION**

I hereby certify that on this 13th day of June, 2006, I mailed a true copy of the foregoing by regular mail, postage prepaid, to the following attorney(s) of record:

Kelly M. Fracassa
Naccarato & Fracassa
96 Franklin Street
Westerly, RI 02891

Carolyn M. Ranucci