RECEIVED
JUL 03 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RONALD RUSHTON :
:
V. :
: C.A. No. 06-196ML
CITY OF PROVIDENCE, DEAN :
ESSERMAN, IN HIS CAPACITY :
AS CHIEF OF THE PROVIDENCE :
POLICE DEPARTMENT, AND JOHN DOE :

## STIPULATION

The undersigned counsel hereby stipulate and agree that Defendants, Dean Esserman, in his capacity as Chief of the Providence Police Department, and the City of Providence, shall have up to and including the close of business on Monday, July 10, 2006 to answer or otherwise respond to Plaintiff's Interrogatories and Request for Production of Documents.

Kelly M. Fracassa
Attorney for Plaintiff
Naccarato & Fracassa
96 Franklin Street
Westerly, RI 02891
(401) 596-0321

Kevin F. McHugh
Senior Assistant City Solicitor
Attorney for Defendants
City Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
Tel: (401) 421-7740, ext. 320

Dated: 6/30/06

Enter:
Mary M. Lisi
USDJ 7/5/06