**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RONALD RUSHTON | : | |
| VS. | : | |
| | : | C.A. No. 06-196ML |
| CITY OF PROVIDENCE, DEAN ESSERMAN, IN HIS CAPACITY AS CHIEF OF THE PROVIDENCE POLICE DEPARTMENT, AND JOHN DOE | : | |

**DEFENDANT CITY OF PROVIDENCE AND DEAN ESSERMAN'S OBJECTION TO PLAINTIFF'S MOTION TO SHORTEN TIME FOR DEFENDANTS TO SERVE ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

Now come the Defendants, City of Providence and Dean Esserman, in his capacity as chief of the Providence Police Department, in the above-entitled matter and hereby object to the Plaintiff's Motion to Shorten Time for Defendants to Serve Answers to Plaintiff's Second Set of Interrogatories. Defendants rely on the accompanying Memorandum in support thereof.

DEFENDANTS
DEAN ESSERMAN AND
CITY OF PROVIDENCE

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 18th day of July , 2006, I mailed a true copy of the foregoing by regular mail, postage prepaid, to the following attorney of record:

Kelly M. Fracassa
Naccarato & Fracassa
96 Franklin Street
Westerly, RI 02891

Carolyn M. Ranucci

53

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RONALD RUSHTON | : | |
| VS. | : | |
| | : | C.A. No. 06-196ML |
| CITY OF PROVIDENCE, DEAN ESSERMAN, IN HIS CAPACITY AS CHIEF OF THE PROVIDENCE POLICE DEPARTMENT, AND JOHN DOE | : | |

**DEFENDANT CITY OF PROVIDENCE AND DEAN ESSERMAN'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO PLAINTIFF'S MOTION TO SHORTEN TIME FOR DEFENDANTS TO SERVE ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

In the motion *sub judice*, Plaintiff seeks to shorten the amount of time that Defendants have to respond to his Second Set of Interrogatories from thirty days to ten days, pursuant to Rule 33(b)(3) of the Federal Rules of Civil Procedure. Defendants object to Plaintiff's motion because the new discovery sought has already been provided to the Plaintiff or will be provided in upcoming depositions. Further, there is no statute of limitations issue at hand or other reason to expedite Defendants' responses.

In his Second Set of Interrogatories, Plaintiff asks Defendant to, *inter alia*, identify three Providence police officers based on photographs and provide their height in feet and inches. Plaintiff contends that time is of the essence because discovery closes in three months. On July 18, 2006, defense counsel provided the full names of the officers during the deposition of a witness in this case. Therefore, Plaintiff's request for the officers' names is moot. As for Plaintiff's request for the height of the three officers, Defendants maintain that this information is contained in the officers' personnel files, which are privileged records under Rhode Island Gen. Laws § 38-2-2. Moreover,

Plaintiff has expressed an intention to depose each officer and may ask his height at that time, obviating the need for height interrogatories.

Plaintiff also argues that Defendants' response time should be shortened because he must identify the officer who struck him in order to amend his complaint and file suit against him. The statute of limitations is not imminent, however. Plaintiff's alleged assault occurred on December 11, 2004, thus, he has until December 11, 2007 to file suit against his assailant. Furthermore, discovery in the instant matter does not close until October 16, 2006, per this Court's order. In light of this time frame and Plaintiff's intent to depose the three officers in the near future, Defendants object to expedited discovery.

WHEREFORE, Defendants request that this Court deny Plaintiff's motion and allow Defendants thirty days in which to respond to Plaintiff's Second Set of Interrogatories.

DEFENDANTS
DEAN ESSERMAN AND
CITY OF PROVIDENCE

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 18th day of July , 2006, I mailed a true copy of the foregoing by regular mail, postage prepaid, to the following attorney of record:

Kelly M. Fracassa
Naccarato & Fracassa
96 Franklin Street
Westerly, RI 02891

Carolyn M. Ranucci