FILED
JUL 14 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD R. RUSHTON

V. C.A. NO. 2006-196ML

CITY OF PROVIDENCE, ET AL

**PLAINTIFF'S MOTION TO SHORTEN TIME FOR DEFENDANTS TO SERVE ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

Pursuant to FED. R. CIV. P. 33(b)(3), Plaintiff Ronald R. Rushton ("Rushton") moves the Court for an order shortening the time to ten days for the City of Providence ("the City") and Dean Esserman ("Esserman") to serve answers to Rushton's second set of interrogatories, a proposed copy of which is attached to this motion. The basis of this motion is as follows:

1. Rushton propounded a request for production and interrogatories (eight in number) to the City and Esserman on May 19, 2006, and May 22, 2006, respectively, seeking information necessary to learn the identity of a police officer of the City of Providence who injured Rushton as alleged in the complaint.

2. The City and Esserman produced three color photographs of the officers involved in the incident alleged in the complaint, but did not produce photos "identifiable to each officer" as requested.

3. In addition, the City and Esserman objected to Plaintiff's request to produce "[a]ny documents indicating the height of Patrolmen Michael Gammino, IV, Christopher J. Currier, and Kenneth Vinacco of the Providence Police Department, as named in Providence Police Department Offense Report, Case No. 1-04-158641", contending that this request seeks personnel records protected from disclosure under the Rhode Island Access to Public Records Act, R.I. GEN. LAWS § 38-2-2.

7/20/06 ; DENIED FOR LACK OF GOOD CAUSE SHOWN.

Referred to U.S.M.J. Almond
for findings & recommendation
for determination
Mary M. Lisi, U.S. District Judge