✓

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RONALD RUSHTON :
:
VS. :
: C.A. No. 06-196ML
CITY OF PROVIDENCE, DEAN :
ESSERMAN, IN HIS CAPACITY :
AS CHIEF OF THE PROVIDENCE :
POLICE DEPARTMENT, AND JOHN DOE :

**DEFENDANT CITY OF PROVIDENCE AND DEAN ESSERMAN'S ANSWERS TO PLAINTIFF'S INTERROGATORIES**

As City Treasurer, I am the named defendant in all litigation involving the City of Providence and, as such, information is compiled by various other employees and/or directors of the City and submitted to the City Solicitor, his deputy, assistants, designees and/or assigns, to be collated and presented in a narrative form for my signature. Said answers to interrogatories, responses to requests for production, responses to requests for admissions, etc. are not provided by me unless they refer to items of a personal nature or involve the Department of the City Treasurer or my own personal knowledge.

Interrogatory No. 1. Please state your full name, residence address, date of birth, job title, business address and affiliation with the City of Providence or the Providence Police Department.

Answer: Objection as to residence addresses and date of birth as privileged; irrelevant; not reasonably calculated to lead to admissible evidence. Stephen T. Napolitano, Treasurer of the City of Providence, 25 Dorrance Street, Providence, Rhode Island 02903. Colonel Dean Esserman, Chief of Police, Providence Police Department 325 Washington Street, Providence, Rhode Island 02903.

Interrogatory No. 2. Please identify all persons other than your attorneys who provided information to you or otherwise assisted you when answering these interrogatories.

7/7/06
[signature] 7/7/06

Answer. None.

Interrogatory No. 3. Please identify all documents that you reviewed or referred to when answer these interrogatories.

Answer. Providence Police Report CCR No. 4-158641 dated December 11, 2004. Providence Police Department Detention Authorization Form Dated 12-11-04.

Interrogatory No. 4. Please identify the officer of the Providence Police Department that placed handcuffs on Plaintiff Ronald R. Rushton subsequent to or during his arrest on December 11, 2004.

Answer. Unknown.

Interrogatory No. 5. Please give all addresses, including home addresses, where the following officers of the Providence Police Department mentioned in Offense Report No. 1-04-158641 may be served with legal process:

Officer Kenneth Vinacco
Officer Michael Gammino, IV
Officer Christopher J. Currier

Answer: Objection as to home addresses; privileged; personnel records under R.I.G.L. 38-2-2. All officers may be served at the Human Resources Bureau, 325 Washington Street, Providence, Rhode Island 02903

Interrogatory No. 6. Other than those identified in Offense Report No. 1-04-158641, please identify all persons who you believe or contend witnessed any of the events mentioned in this report or in Plaintiff's complaint.

Answer: The Honorable Catherine E. Graziano and Kelly M. Fracassa, Esq.

Interrogatory No. 7. If any officer of the Providence Police Department struck, touched, or otherwise contacted the body or person or person of Plaintiff Ronald R.

Rushton with an object other than his hand at any time on December 11, 2004, please identify this officer.

Answer: None.

Interrogatory No. 8. Please identify all persons, including but not limited to officers of the Providence Police Department, who you believe saw an officer of the Providence Police Department strike, touch or otherwise contact the body or person of Plaintiff Ronald R. Rushton with an object other than his hand at any time on December 11, 2004.

Answer: None.

Stephen T. Napolitano, Treasurer
City of Providence

State of Rhode Island
Providence, SC

Subscribed and sworn to before me on this 7th day of July, 2006.

Cynthia A. Bombardier
(Notary Public)

**CERTIFICATION**

I hereby certify that on this 7th day of July, 2006, I mailed a true copy of the foregoing by regular mail, postage prepaid, to the following attorney(s) of record:

Kelly M. Fracassa
Naccarato & Fracassa
96 Franklin Street
Westerly, RI 02891

Carolyn M. Ranucci