**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RONALD RUSHTON<br><br>VS.<br><br>CITY OF PROVIDENCE, DEAN ESSERMAN, IN HIS CAPACITY AS CHIEF OF THE PROVIDENCE POLICE DEPARTMENT, AND JOHN DOE | : | C.A. No. 06-196ML |

**DEFENDANTS CITY OF PROVIDENCE AND DEAN ESSERMAN'S OBJECTION TO PLAINTIFF'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

Now come the Defendants, City of Providence and Dean Esserman, in his capacity as chief of the Providence Police Department, in the above-entitled matter and hereby object to the Plaintiff's Motion to Compel More Responsive Answers to Interrogatories. Defendants rely on the accompanying Memorandum in support thereof.

DEFENDANTS
DEAN ESSERMAN AND
CITY OF PROVIDENCE

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RONALD RUSHTON | : | |
| | : | |
| VS. | : | |
| | : | C.A. No. 06-196ML |
| CITY OF PROVIDENCE, DEAN | : | |
| ESSERMAN, IN HIS CAPACITY | : | |
| AS CHIEF OF THE PROVIDENCE | : | |
| POLICE DEPARTMENT, AND JOHN DOE | : | |

**DEFENDANT CITY OF PROVIDENCE AND DEAN ESSERMAN'S MEMORANDUM OF LAW IN SUPPORT OF THEIR OBJECTION TO PLAINTIFF'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

Plaintiff has moved this court to compel more responsive answers to certain interrogatories that it propounded to Defendants City of Providence and Dean Esserman, in his capacity as chief of the Providence Police Department. In specific, Plaintiff seeks the following information: the identity of the Providence police officer who placed handcuffs on him on December 11, 2004; whether any officer contacted Plaintiff's body or person with an object other than his hand on December 11, 2004; and the identity of all persons who saw a Providence police officer touch Plaintiff's body or person with an object other than his hand on December 11, 2004. With respect to the above interrogatories, Defendants responded that the identity of the officer who handcuffed the Plaintiff is unknown and that no officer touched Plaintiff with an object other than his hand during his arrest. Therefore, no persons observed an officer striking Plaintiff with an object other than his hand. Plaintiff contends that this information is incomplete and has moved this Court for more responsive answers.

In his Memorandum, Plaintiff alludes to interrogatory number two, which states, "Please identify all persons other than your attorneys who provided information to you or otherwise assisted you when answering these interrogatories." Defendants' response to

this interrogatory was "none." It should be noted that these interrogatories were directed toward the City and not individuals. Thus, the City's answers come from whatever information its counsel obtains. Thus, Defendants' responses to interrogatory numbers four, seven and eight are accurate and responsive.

Counsel for the City does not wish to divulge any privileged information. However, for the purposes of this Motion, the City's counsel avers that he interviewed the three officers who were named in the Complaint and received any documents relevant to the Complaint.

Moreover, Plaintiff's attorney is scheduled to depose the three officers in August, during which time he may more fully interrogate them as to their recollection of Plaintiff's arrest. However, to date, Defendants' responses to interrogatories four, seven and eight are responsive and accurate.

Finally, the Plaintiff has failed to certify that he is unable to procure the answers absent the filing of this Motion.

DEFENDANTS
DEAN ESSERMAN AND
CITY OF PROVIDENCE

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

# CERTIFICATION

I hereby certify that on this 31st day of July , 2006, I mailed a true copy of the foregoing by regular mail, postage prepaid, to the following attorney of record:

Kelly M. Fracassa
Naccarato & Fracassa
96 Franklin Street
Westerly, RI 02891

Carolyn M. Rossucci