UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD R. RUSHTON

V. C.A. NO. 06-196ML

CITY OF PROVIDENCE, ET AL

# STIPULATION

The parties in this matter agree as follows:

Plaintiff Ronald R. Rushton shall have up to and including August 21, 2006, to respond to Defendants City of Providence's and Dean Esserman's request for production dated July 6, 2006.

For the plaintiff:

Kelly M. Fracassa #3699
NACCARATO & FRACASSA
P.O. Box 2976
96 Franklin Street
Westerly RI 02891
(401) 596-0321
(401) 348-1090 fax
tnf960@aol.com e-mail

For Defendants City of Providence and Dean Esserman:

Kevin F. McHugh #3927
Senior Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence RI 02903
(401) 421-7740 ext. 333
(401) 351-7596 fax
kmchugh@providenceri.com e-mail

Dated: Aug. 2, 2006

Judge: ______________________