RECEIVED

AUG 03 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD RUSHTON :
:
VS. :
: C.A. No. 06-196ML
CITY OF PROVIDENCE, DEAN :
ESSERMAN, IN HIS CAPACITY :
AS CHIEF OF THE PROVIDENCE :
POLICE DEPARTMENT, AND JOHN DOE :

## STIPULATION

Plaintiff's Motion to Compel More Responsive Answers to Interrogatories is hereby withdrawn.

Plaintiff's Attorney:

Kelly M. Fracassa
Naccarato & Fracassa
96 Franklin Street
Westerly, RI 02891

Defendants' Attorney:

Kevin F. McHugh (#3927)
Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
421-7740, Ext. 333
351-7596 (Fax)
kevin_mc1950@hotmail.com

Dated: August 3, 2006

Enter:
Mary M. Lisi
USDJ 8/7/06