**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RONALD RUSHTON | : | |
| | : | |
| VS. | : | |
| | : | C.A. No. 06-196ML |
| CITY OF PROVIDENCE, DEAN | : | |
| ESSERMAN, IN HIS CAPACITY | : | |
| AS CHIEF OF THE PROVIDENCE | : | |
| POLICE DEPARTMENT, AND JOHN DOE | : | |

**DEFENDANT CITY OF PROVIDENCE AND DEAN ESSERMAN'S ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

As City Treasurer, I am the named defendant in all litigation involving the City of Providence and, as such, information is compiled by various other employees and/or directors of the City and submitted to the City Solicitor, his deputy, assistants, designees and/or assigns, to be collated and presented in a narrative form for my signature. Said answers to interrogatories, responses to requests for production, responses to requests for admissions, etc. are not provided by me unless they refer to items of a personal nature or involve the Department of the City Treasurer or my own personal knowledge.

Interrogatory No. 1. Please state the full name, date of birth, job title, business address, and affiliation with the City of Providence or the Providence Police Department of the person answering these interrogatories.

Answer: Stephen T. Napolitano; Objection as date of birth as irrelevant and not reasonably calculated to lead to admissible evidence; Treasurer of the City of Providence, 25 Dorrance Street, Providence, Rhode Island 02903.

Interrogatory No. 2. Please identify all persons other than your attorneys who provided information to you or otherwise assisted you when answering these interrogatories.

Answer. None.

Interrogatory No. 3. Please give the height in feet and inches of the officer of the Providence Police Department, whose photograph is attached hereto as Exhibit A.

Answer. Objection. The answer to this interrogatory is privileged and part of personnel records under R.I.G.L. § 38-2-2. This interrogatory is also irrelevant and not reasonably calculated to lead to admissible evidence.

Interrogatory No. 4. Please give the height in feet and inches of the officer of the Providence Police Department, whose photograph is attached hereto as Exhibit B.

Answer. Objection. The answer to this interrogatory is privileged and part of personnel records under R.I.G.L. § 38-2-2. This interrogatory is also irrelevant and not reasonably calculated to lead to admissible evidence.

Interrogatory No. 5. Please give the height in feet and inches of the officer of the Providence Police Department, whose photograph is attached hereto as Exhibit C.

Answer: Objection. The answer to this interrogatory is privileged and part of personnel records under R.I.G.L. § 38-2-2. This interrogatory is also irrelevant and not reasonably calculated to lead to admissible evidence.

Stephen T. Napolitano, Treasurer
City of Providence

State of Rhode Island
Providence, SC

Subscribed and sworn to before me on this 4TH day of August, 2006.

James A. Figueiredo
(Notary Public)

**CERTIFICATION**

I hereby certify that on this 17th day of August, 2006, I mailed a true copy of the foregoing by regular mail, postage prepaid, to the following attorney(s) of record:

Kelly M. Fracassa, Esq.
Naccarato & Fracassa
96 Franklin Street
Westerly, RI 02891