UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD R. RUSHTON

V. C.A. NO. 2006-196ML

CITY OF PROVIDENCE, DEAN ESSERMAN, in his capacity as Chief of the Providence Police Department, and JOHN DOE

# NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE that Plaintiff's attorney will take the deposition of Officer Michael Gammino, IV, of the Providence Police Department upon oral examination before a duly authorized notary public or some other duly authorized person at the offices of NACCARATO & FRACASSA, 96 Franklin Street, Westerly, Rhode Island, on September 22, 2006, at 2:00 p.m.

A copy of the subpoena duces tecum served or to be served on the deponent is attached hereto and made a part hereof.

Ronald R. Rushton,
by his attorney,

/s/ Kelly M. Fracassa
Kelly M. Fracassa #3699
NACCARATO & FRACASSA
P.O. Box 2976
96 Franklin Street
Westerly RI 02891
(401) 596-0321
(401) 348-1090 fax
tnf960@aol.com e-mail

**CERTIFICATE OF SERVICE**

I certify that on the 31st day of August, 2006, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon Kevin F. McHugh at kmchugh@providenceri.com.

/s/ Kelly M. Fracassa