**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RONALD RUSHTON | : | |
| | : | |
| V. | : | |
| | : | C.A. No. 06-196ML |
| CITY OF PROVIDENCE, DEAN | : | |
| ESSERMAN, IN HIS CAPACITY | : | |
| AS CHIEF OF THE PROVIDENCE | : | |
| POLICE DEPARTMENT, AND JOHN DOE | : | |

**STIPULATION**

The undersigned counsel hereby stipulate and agree that Defendants, Dean Esserman, in his capacity as Chief of the Providence Police Department, and the City of Providence, shall have up to and including the close of business on Monday, October 30, 2006 to answer or otherwise respond to Plaintiff's Motion to File Amended Complaint.

/s/Kelly M. Fracassa
Kelly M. Fracassa
Attorney for Plaintiff
Naccarato & Fracassa
96 Franklin Street
Westerly, RI 02891
(401) 596-0321

/s/Kevin F. Mchugh
Kevin F. McHugh
Senior Assistant City Solicitor
Attorney for Defendants
City Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
Tel: (401) 421-7740, ext. 320

Dated: October 19, 2006