A. Maybe like a year later. I am not clear as far as the date on that one.
Q. Is there any particular reason you waited that long to go to Internal Affairs?
A. Up the advice of my lawyer.
Q. When you when to Internal Affairs, who did you talk to there?
A. I don't know their names.
Q. How many people did you talk to there?
A. There appeared to have been two. Some middle-aged slightly heavy-set guy in a chair and some guy, 40-ish, a man with an office all his own. Those two were the two involved. I don't know their names.
Q. What did you tell them?
A. Kelly did a lot of the talking that day for me.
Q. Did you talk to them at all?
A. A little, yes.
Q. What did you say to them?
A. I don't recall what the exact conversations were that day. Whatever questions they asked me, I answered.
Q. How long were you there for?
A. Thirty or 40 minutes. It wasn't that

long.

Q. Did you ever go back?

A. No.

Q. Did they give you a form to fill out?

A. No, not to me. Maybe to Kelly.

Q. Did they show you pictures?

A. Yes.

Q. Did you recognize any of the officers in the pictures they showed you?

A. One or two of them, no. One of them looked potentially like the one that may have driven me to the police station. It is a little difficult comparing black and white heads to full bodies.

Q. You never went back physically to Internal Affairs?

A. No.

Q. I will show you a series of pictures and take your time and look at these pictures and tell me if you recognize any of these officers as being present on the scene that night. I guess there are about fifteen pages or so of pictures. I think we can mark the pages individually.

MR. MCHUGH: Mark this as

Q. Going back to the photographs, Exhibits A through O, you can not identify with any certainty any of the officers in those pictures as any of the three you saw that night, correct?

A. Not with 100 percent certainty. It has been a long time.

MR. MCHUGH: Mark this as Exhibit P.

(EXHIBIT P MARKED FOR IDENTIFICATION)

Q. I want you to look at the top page first where it says release form?

A. Yes.

Q. Down where it says defendant, is that your signature?

A. Definitely, yes.

Q. You recognize that as your signature?

A. Yes.

Q. And this was what you signed when you were released that next morning of December, it was the same day, December 11, right?

A. Yes.

Q. And the charge was disorderly conduct; is that correct?

A. Yes.