UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD R. RUSHTON

V. C.A. NO. 2006-196ML

CITY OF PROVIDENCE, ET AL

# PLAINTIFF'S MOTION TO STAY OR VACATE PRE-TRIAL ORDER

Plaintiff Ronald R. Rushton ("Rushton") moves the Court to stay or vacate its pre-trial order entered on June 12, 2006, for reasons as follows:

1. Rushton originally brought this action as a two-count complaint. The first count seeks relief under 42 U.S.C. § 1983 against "John Doe", an unknown officer of the Providence Police Department, for excessive use of force during an arrest. Count II sought an equitable bill of discovery to learn the identity of this unknown officer. Rushton named the City of Providence and Dean Esserman, in his capacity as Chief of the Providence Police Department (collectively "the City"), only as parties to the discovery proceeding.

2. On June 12, 2006, this Court entered a pre-trial order closing discovery by October 16, 2006, and requiring pre-trial memoranda by November 16, 2006.

3. The City conducted discovery on behalf of the unknown officer, while Rushton proceeded on his bill of discovery pursuant to Count II of his complaint.

4. Rushton completed discovery on October 3, 2006, at which time he learned the identity of the unknown officer.

5. On October 5, 2006, Rushton moved to amend his complaint to drop the bill of discovery against the City and to name Kenneth Vinacco ("Vinacco") as the defendant to the civil rights action.

6. The parties discussed settlement upon the filing of Rushton's motion to amend, and stipulated that the City could have up to and including October 30, 2006, to respond to Rushton's motion.

7. Settlement discussions proved fruitless, and the City filed an objection to Rushton's motion to amend on October 30, 2006.

8. On November 1, 2006, this Court notified the parties that it would hear Rushton's motion to amend on November 15, 2006, at 10:00 a.m.

9. If this Court grants Rushton's motion to amend, he must file his amended complaint and serve Vinacco, after which Vinacco must file an answer and proceed with the litigation. The City will no longer be a party as Rushton's bill of discovery prayed for in Count II is now complete. If this Court denies Rushton's motion, the current litigation will come to an end for the same reason, and Rushton will bring an entirely new action against Vinacco.

10. However, the parties' pre-trial memoranda are due on November 16, 2006. In either event, the defendant to Rushton's civil rights complaint will not yet be a party to this case. The City will no longer be a party to this action as the bill of discovery is now complete, and the City presents no claims in this action. In short, pre-trial memoranda will be due but the case will lack an actual defendant.

11. For these reasons, Rushton moves this Court for the following relief:

(a) Stay the pre-trial order of June 12, 2006, until Kenneth Vinacco becomes a party to this litigation or a party to a new action, and amend the pre-trial order at the appropriate time to set new deadlines; or

(b) Vacate the pre-trial order of June 12, 2006, and enter a new one once Kenneth Vinacco becomes a party to this case or to a new action in the event that Rushton's motion to amend is denied.

Ronald R. Rushton,
by his attorney,

/s/ Kelly M. Fracassa
Kelly M. Fracassa #3699
NACCARATO & FRACASSA
P.O. Box 2976
96 Franklin Street
Westerly RI 02891
(401) 596-0321
(401) 348-1090 fax
tnf960@aol.com e-mail

**CERTIFICATE OF SERVICE**

I certify that on the 13th day of November, 2006, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon Kevin F. McHugh at Kevin_mc1950@hotmail.com.

/s/ Kelly M. Fracassa